IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.:  1:06cr20-SPM/AK
1:06cr26-SPM/AK

S. T. VAUGHN, III,

    Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant, S. T. VAUGHN, III, to Counts One, Three, and Five of the Indictment in Case No. 1:06cr20 and Counts One, Two, Three, Five, Six, and Seven of the information in Case No. 1:06cr26 is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 12th day of September, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge